BEFORE THE SECOND DIVISION, APRIL 26, 1962

**No. 66710.**—S. Jack Senter Corp. *v.* United States, protest 60/23354 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of constituent and integral parts of toilet-box assemblies the same in all material respects as those the subject of *The Durst Mfg. Co., Inc. v. United States* (36 Cust. Ct. 220, C.D. 1778), the claim of the plaintiff was sustained.